**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL GORE** **PLAINTIFF**

**v.** **CASE NO. 4:25-CV-01101-BSM**

**VELOCITY INVESTMENTS, LLC, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of September, 2026.

UNITED STATES DISTRICT JUDGE